**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Dallas Barbecue, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Dickeys Barbecue Pit** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3478411** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **7770 Forest Lane** <br> **Dallas, TX 75230** <br> Number, Street, City, State & ZIP Code | **7018 Clear Springs Parkway** <br> **Garland, TX 75044** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Dallas** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Dallas Barbecue, LLC**      Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | **Dallas Barbecue, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>      What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                                Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49                          ☐ 1,000-5,000            ☐ 25,001-50,000<br>☐ 50-99                        ☐ 5001-10,000            ☐ 50,001-100,000<br>☐ 100-199                    ☐ 10,001-25,000         ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000                        ☐ $1,000,001 - $10 million           ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000              ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million            ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000                        ☐ $1,000,001 - $10 million           ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000              ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>■ $500,001 - $1 million            ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor  **Dallas Barbecue, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 30, 2018**
MM / DD / YYYY

**X  /s/ Jeff Bass**                                                  **Jeff Bass**
Signature of authorized representative of debtor      Printed name

Title  **Presidnet**

**18. Signature of attorney**

**X  /s/ Eric A. Liepins**                                           Date  **October 30, 2018**
Signature of attorney for debtor                              MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12270 Coit Road**
**Suite 100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone  **972-991-5591**      Email address  **eric@ealpc.com**

**12338110 TX**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Dallas Barbecue, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **7770 Forest Lane LTD** 8525 Ferndale Rd Ste 204 Dallas, TX 75238 | | | | | | $29,250.00 |
| **Ameripower** PO Box 4977 Houston, TX 77210 | | | | | | $3,753.00 |
| **Bank of America** PO Box 982234 El Paso, TX 79998 | | | | | | $12,312.00 |
| **Bankers Healthcare Group** 10234 W State Road 84 Davie, FL 33324 | | | | | | $135,000.00 |
| **Bankers Healthcare Group** PO Box 332509 Murfreesboro, TN 37133 | | | | | | $27,908.00 |
| **BB&T** PO Box 580048 Charolette, NC 28258 | | | | | | $16,859.00 |
| **BB&T** PO Box 580048 Charolette, NC 28258 | | | | | | $10,401.00 |
| **BB&T** PO Box 580048 Charolette, NC 28258 | | | | | | $8,011.00 |
| **Colorado Boxed Beef** PO Box 95395 Grpaevine, TX 76099 | | | | | | $20,000.00 |

Debtor **Dallas Barbecue, LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dallas Water** <br> **1500 Marilla St** <br> **4an** <br> **Dallas, TX 75201** | | | | | | $2,586.00 |
| **Farmers** <br> **PO Box 4665** <br> **Carol Stream, IL 60197** | | | | | | $2,049.00 |
| **Farmers** <br> **PO Box 4665** <br> **Carol Stream, IL 60197** | | | | | | $18,000.00 |
| **Lift Forward** <br> **180 Maiden Lane 10th Fl** <br> **New York, NY 10038** | | | | | | $51,976.00 |
| **PBC of Maryland** <br> **5295 DTC Pkwy** <br> **Englewood, CO 80111** | | | | | | $51,976.00 |
| **Snap Advances** <br> **915 Broadway** <br> **Ste 1003** <br> **NY 10010** | | | | | | $103,917.00 |
| **State Comptroller** <br> **PO Box 149359** <br> **Austin, TX 78714** | | | | | | $15,647.00 |
| **Stuart HVAC** <br> **PO Box 110805** <br> **Carrollton, TX 75011** | | | | | | $1,542.00 |
| **Sysco** <br> **PO Box 560700** <br> **Lewisvile, TX 07056** | | | | | | $5,333.00 |
| **US Bank** <br> **PO Box 790408** <br> **St Louis, MO 63179** | | | | | | $3,730.00 |
| **Waste Connection** <br> **12150 Garland Rd** <br> **Dallas, TX 75218** | | | | | | $677.00 |

```
7770 Forest Lane LTD
8525 Ferndale Rd
Ste 204
Dallas, TX 75238


AFLAC
9132 Wynnton Rd
Columbus, GA 31999


AirGas
PO Box 602792
Charolette, NC 28260


Ameripower
PO Box 4977
Houston, TX 77210


Arnold Brothers Wood
201 N Beltline Rd
Irving, TX 75061


Atmos
PO Box 790311
St Louis, MO 63179


Bank of America
PO Box 982234
El Paso, TX 79998


Bankers Healthcare Group
10234 W State Road 84
Davie, FL 33324


BB&T
PO Box 580048
Charolette, NC 28258
```

```
ClimateTech
13657 Jupiter Rd
Ste 111
Dallas, TX 75238


Colorado Boxed Beef
PO Box 95395
Grpaevine, TX 76099


Dallas Water
1500 Marilla St
4an
Dallas, TX 75201


Earthtek
408 113th St
Arlington, TX 76011


Ecolab
PO Box 70343
Chicago, IL 60673


Farmers
PO Box 4665
Carol Stream, IL 60197


Fortress Security
2000 E Randol Mill Rd
Ste 611
Arlington, TX 76011


Lift Forward
180 Maiden Lane
10th Fl
New York, NY 10038


MeMD
7332 E Butherus Dr
Scottsdale, AZ 85260
```

PBC of Maryland
5295 DTC Pkwy
Englewood, CO 80111


Snap Advances
915 Broadway
Ste 1003
NY 10010


Spectrum
PO Box 60074
City of Industry, CA 91716


State Comptroller
PO Box 149359
Austin, TX 78714


Stuart HVAC
PO Box 110805
Carrollton, TX 75011


Sysco
PO Box 560700
Lewisvile, TX 07056


US Bank
PO Box 790408
St Louis, MO 63179


Waste Connection
12150 Garland Rd
Dallas, TX 75218

# United States Bankruptcy Court
## Northern District of Texas

In re  **Dallas Barbecue, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Dallas Barbecue, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jeff Bass**  
**7018 Clear Spings**  
**Garland, TX 75044**

☐ None [*Check if applicable*]

**October 30, 2018**  
Date

/s/ Eric A. Liepins  
**Eric A. Liepins**  
Signature of Attorney or Litigant  
Counsel for   **Dallas Barbecue, LLC**  
**Eric A. Liepins**  
**12270 Coit Road**  
**Suite 100**  
**Dallas, TX 75251**  
**972-991-5591 Fax:972-991-5788**  
**eric@ealpc.com**